PROB 12C
(6/16)

Report Date: March 13, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas Curtis Collum, Sr.    Case Number: 0980 2:22CR00168-MKD-1

Address of Offender: ▊▊▊▊▊▊▊▊▊ Newport, Washington 99156

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervisory Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: December 13, 2023

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(8) | |
| Original Sentence: | Prison - 30 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: September 6, 2024 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: September 5, 2027 |

## PETITIONING THE COURT

To issue a summons

On September 6, 2024, the judgment relative to case number 2:22CR000168-WFN-1 was reviewed and signed by Mr. Collum, acknowledging an understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer. |
| | **Supporting Evidence**: It is alleged Mr. Collum is in violation of his conditions of supervised release for communicating with a known felon on or before January 3, 2025, without the knowledge or consent of the undersigned officer. |
| | On January 3, 2025, the undersigned officer was contacted by an investigator with the Washington State Department of Corrections (DOC). The investigator advised they have intercepted several phone calls between Mr. Collum and an inmate within a DOC facility. The inmate is currently incarcerated for numerous felony convictions, which include identity theft, possession with intent to deliver illegal drugs, unlawful possession of a firearm, and theft of a motor vehicle. Mr. Collum was not authorized such contact. |

Prob12C
Re: Collum, Sr., Thomas Curtis
March 13, 2025
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  March 13, 2025

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer

March 14, 2025

Date